UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **SHAWNA FARLEY** | **CIVIL ACTION** |
| **VERSUS** | **NO. 14-731** |
| **JAMES ROGERS, WARDEN** | **SECTION "H"(5)** |

## ORDER

    The Court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the petitoner's objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

    Accordingly;

    **IT IS ORDERED** that the petition of Shawna Farley for issuance of a writ of habeas corpus under 28 U.S.C. § 2254, is hereby **DISMISSED WITH PREJUDICE** as untimely.

    New Orleans, Louisiana, this 27th day of January, 2015.

                                          **JANE TRICHE MILAZZO**
                                          **UNITED STATES DISTRICT JUDGE**